# Young Moore

YOUNG MOORE AND HENDERSON, P.A.
ATTORNEYS AT LAW

Post Office Box 31627 • Raleigh • North Carolina • 27622
3101 Glenwood Avenue • Suite 200 • Raleigh • North Carolina • 27612
Office: 919-782-6860   Facsimile: 919-782-6753
www.youngmoorelaw.com

Shannon S. Frankel
After Hours Ext. 129

Direct Dial 919-861-5129
Email: ssf@ymh.com

July 22, 2013

Clerk's Office
USDC, Central District of Illinois
218 U.S. Courthouse
201 S. Vine Street
Urbana, IL  61802

FILED
JUL 2 5 2013
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

RE:  Weber v. AC&S Inc., et al.
     2:99-cv-02177-HAB-DGB

To Whom It May Concern:

I am an attorney in Raleigh, North Carolina. My name has been inadvertently associated with the above-referenced case. I do not represent Borg Warner, nor I have ever represented them in Illinois. To my knowledge, Attorney Ann Hatch represents Borg Warner in this case. This correspondence is being sent to request that my name please be removed as having any association with this case. Thank you in advance for that consideration, and if you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

YOUNG MOORE AND HENDERSON, P.A.

By: Shannon S. Frankel

/slc
3291821/